# CONSENT TO SUE UNDER FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by Bensusan Restaurant Corp, Steve Bensusan and Danny Bensusan and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Laura Elizabeth Ganzero_
Full Legal Name (Print)

_Laura E Ganzero_
Signature

_06/28/07_
Date