# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by Bensusan Restaurant Corp., Steve Bensusan and Danny Bensusan and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Rachelle Hemming

Full Legal Name (Print)

*[signature]*

Signature

7-8-07

Date