BATPS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

LAURA GANZERO on behalf of herself and
others similarly situated,

              Plaintiff,

- against -

BENSUSAN RESTAURANT CORP., d/b/a
BLUE NOTE JAZZ CLUB, STEVE
BENSUSAN, and DANNY BENSUSAN

              Defendants.

-----------------------------------x

Civil Action No.: 07 CIV 5940 (DAB)

STIPULATION AND ORDER
/DAB/

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/09/07

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above-captioned action, that:

    a.    Defendants' undersigned counsel is authorized to accept service for all named Defendants; and

    b.    Defendants shall have thirty (30) days from service of the Complaint to answer, move or otherwise respond thereto.

Dated: New York, New York
        July __, 2007

| JOSEPH & HERZFELD LLP | HELLER EHRMAN LLP |
|---|---|
| By: *D. Maimon Kirschenbaum (DK-2338)*<br>     Charles E. Joseph (CJ-9442)<br>757 Third Avenue, 25th Floor<br>New York, New York 10017<br>(212) 688-5640<br>(212) 688-2548 (fax)<br>Attorneys for Plaintiffs, the FLSA Collective Plaintiffs and the Proposed Class | By: *Kenneth Kirschner (KK-0252)*<br>     Jonathan Stoler (JS-7494)<br>     Eric D. Raphan (ER-8339)<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>(212) 832-8300<br>(212) 763-7600 (fax)<br>Attorneys for Defendants |

*Deborah A. Batts*
Hon. Deborah A. Batts

July 9, 2007