UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

LAURA GANZERO on behalf of herself and
others similarly situated,

                  Plaintiff,

   - against -

BENSUSAN RESTAURANT CORP., d/b/a
BLUE NOTE JAZZ CLUB, STEVE
BENSUSAN, and DANNY BENSUSAN

                  Defendants.

------------------------------------------------x

Civil Action No.: 07 CIV 5940 (DAB)

**STIPULATION** AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, that:

a.    Defendants' undersigned counsel is authorized to accept service of the Amended Complaint for all named Defendants; and

b.    Defendants shall have thirty (30) days from service of the Amended Complaint to answer, move or otherwise respond thereto.

Dated: New York, New York
July 11, 2007

JOSEPH & HERZFELD LLP

By: D. Maimon Kirschenbaum (DK-2338)
Charles E. Joseph (CJ-9442)
757 Third Avenue, 25th Floor
New York, New York 10017
(212) 688-5640
(212) 688-2548 (fax)
Attorneys for Plaintiffs, the FLSA Collective
Plaintiffs and the Proposed Class

HELLER EHRMAN LLP

By: Kenneth Kirschner (KK-0252)
Jonathan Stoler (JS-7494)
Eric D. Raphan (ER-8339)
Times Square Tower
7 Times Square
New York, NY 10036
(212) 832-8300
(212) 763-7600 (fax)
Attorneys for Defendants

_Deborah A. Batts_
Hon. Deborah A. Batts

July 13, 2007