UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
LAURA GANZERO, RACHELLE
HEMMING, and MARCIA JOHSNON on
behalf of themselves and others similarly
situated,

        INDEX NO: 07-CV-5940 (DAB)

        **CERTIFICATE OF SERVICE**

      **Plaintiff,**

   v.

BENSUSAN RESTAURANT CORP., d/b/a
BLUE NOTE, STEVE BENSUSAN, and
DANNY BENSUSAN,

      **Defendants.**
-------------------------------------------------------x

    The undersigned counsel hereby certifies that on July 11, 2007, he caused a true and correct copy of the Summons and Complaint upon Eric Raphan, Esq., attorney for all Defendants, authorized to accept service on behalf of all Defendants, by certified mail, at the address below:

Eric Raphan, Esq.
Heller Ehrman, LLP
Times Square Tower, 7 Times Square
New York, NY 10036

        /s/ D. Maimon Kirschenbaum
        D. Maimon Kirschenbaum (DK-2338)

        Joseph & Herzfeld LLP
        757 Third Avenue
        25th Floor
        New York, NY 10017
        (212) 688-5640
        (212) 688-2548 (fax)

        *Attorneys for Plaintiffs and*
        *the proposed Plaintiff Class*