UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| LAURA GANZERO, RACHELLE HEMMING, and MARCIA JOHNSON on behalf of themselves and others similarly situated, | Civil Action No.: 07 CIV 5940 (DAB) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| - against - | |
| BENSUSAN RESTAURANT CORP., d/b/a BLUE NOTE JAZZ CLUB, STEVE BENSUSAN, and DANNY BENSUSAN | |
| Defendants. | |

------------------------------------------------------------x

PLEASE TAKE NOTICE that Heller Ehrman LLP, in its capacity as counsel representing Defendants Bensusan Restaurant Corp. d/b/a Blue Note Jazz Club, Steve Bensusan and Danny Bensusan in this action, hereby enters its appearance and requests that copies of all papers be served upon the person named below at the address, telephone and facsimile numbers indicated.

    Jonathan Stoler, Esq.
    jonathan.stoler@hellerehrman.com
    HELLER EHRMAN LLP
    7 Times Square
    New York, NY 10036
    Telephone: (212) 847-8814
    Facsimile: (212) 763-7600

DATED: New York, New York
          July 17, 2007

HELLER EHRMAN LLP

By: _____
    Jonathan Stoler (JS-7494)
    Kenneth Kirschner (KK-0252)
    Eric Raphan (ER-8339)
    7 Times Square
    New York, NY 10036
    Telephone: (212) 832-8300
    Facsimile: (212) 763-7600
    Attorneys for Defendants

To: D. Maimon Kirschenbaum, Esq.
Joseph & Herzfeld LLP
757 Third Avenue
25th Floor
New York, New York 10017