UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| LAURA GANZERO, RACHELLE HEMMING, and MARCIA JOHNSON on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　- against -<br><br>BENSUSAN RESTAURANT CORP., d/b/a BLUE NOTE JAZZ CLUB, STEVE BENSUSAN, and DANNY BENSUSAN<br><br>　　　　　　　　　　Defendants. | Civil Action No.: 07 CIV 5940 (DAB)<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |

-----------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Bensusan Restaurant Corp. d/b/a Blue Note Jazz Club, by and through its attorneys, states that it has no parent corporation and there is no publicly-held corporation that holds 10% or more of its stock.

DATED: New York, New York
　　　　　July 17, 2007

HELLER EHRMAN LLP

By: _____
　Jonathan Stoler (JS-7494)
　Kenneth Kirschner (KK-0252)
　Eric Raphan (ER-8339)
　7 Times Square
　New York, NY 10036
　Telephone: (212) 832-8300
　Facsimile: (212) 763-7600
　Attorneys for Defendants