# JOSEPH & HERZFELD LLP
Attorneys at Law

Charles Joseph
Diane Hester
Michael D. Palmer
D. Maimon Kirschenbaum
Brian F. Fredericks

Of counsel:
Andrew Dwyer*
*Also admitted in New Jersey



757 Third Avenue, 25th Floor
New York, NY 10017
Phone: (212) 688-5640
Fax: (212) 688-2548
www.jhllp.com



**VIA HAND DELIVERY**

November 27, 2007

The Honorable Deborah A. Batts
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

Re:   **Ganzero, et al. v. Bensusan Restaurant Corp. et al.**
       **Civil Action No.: 07 Civ. 5940 (DAB)**

Dear Judge Batts:

We represent Plaintiffs in the above-captioned matter.

I write on behalf of both parties to request an adjournment of the status conference scheduled for November 30, 2007. The parties have engaged in fruitful settlement discussions, and it is likely that we will reach a resolution of this matter before the year's end. In any event, we will apprise the Court of our progress no later than December 28, 2007.

Thank you for your attention to this matter.

Respectfully submitted,

JOSEPH & HERZFELD LLP

D. Maimon Kirschenbaum (DK-2338)

Hon. Deborah A. Batts

cc:    Jonathan Stoler, Esq.

